**KENWORTHY v. DYER et al.** (Supreme Court, Appellate Division, First Department.

**February 10, 1905.)** Action by Robert J. Kenworthy, as executor, against Harry L. Dyer and others. W. B. Brice and W. J. McKim, for appellants Harry L. Dyer and others. R. G. Ditworth and H. W. Sackett, for respondents Louis L. Dyer and others. C. H. Luscomb, for respondent Kenworthy. No opinion. Appeal from decision dismissed. Judgment affirmed, with costs.